

## IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| JESSIE MAE DAVIS, | * |
| | * |
| Plaintiff, | * Civil Action No. 05-176 |
| | * |
| v. | * |
| | * |
| AMERICAN INTERNATIONAL GROUP, INC; et al., | * |
| | * |
| | * |
| Defendants. | * |

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:    AMERICAN INTERNATIONAL GROUP, INC.
70 Pine Street
New York, NY  10270

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to:

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103-4160

the attorney for the Plaintiff.  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Eddie D. Mallard
CIRCUIT CLERK

Dated: 9/8/05

I, Eddie D. Mallard, Clerk of Macon County Circuit Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appears of record in said Court.

Witness my hand this 11th day of Oct     19 2005

/s/ EDDIE D. MALLARD
Clerk, Macon County Circuit Court

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| JESSIE MAE DAVIS, | * |
| | * |
| Plaintiff, | * Civil Action No. 05-176 |
| | * |
| v. | * |
| | * |
| AMERICAN INTERNATIONAL GROUP, INC; et al., | * |
| | * |
| Defendants. | * |

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:   AMERICAN GENERAL CORPORATION
             2929 Allen Parkway
             Houston, TX  77019

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

Roman A. Shaul
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie Mallard_
CIRCUIT CLERK

Dated: 9/8/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

JESSIE MAE DAVIS,                             *
                                              *
        Plaintiff,                            *
                                              *
vs.                                           *   CIVIL CASE NO. 05-176
                                              *
AMERICAN INTERNATIONAL GROUP,                 *
INC., et al.,                                 *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:   AMERICAN GENERAL FINANCIAL
             SERVICES OF ALABAMA, INC.
             c/o CSC Lawyers Incorporating Service, Inc.
             150 S. Perry Street
             Montgomery, AL 36104

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

             C. Lance Gould
             BEASLEY, ALLEN, CROW, METHVIN,
             PORTIS & MILES, P.C.
             Post Office Box 4160
             Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallard*
CIRCUIT CLERK

Dated: 9/8/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| JESSIE MAE DAVIS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL CASE NO. 05-176 |
| | * |
| AMERICAN INTERNATIONAL GROUP, | * |
| INC., et al., | * |

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:  MERIT LIFE INSURANCE COMPANY
c/o Superintendent of Insurance
601 NW Second Street
Evansville, IN 47708

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallad_
CIRCUIT CLERK

Dated: 9/8/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

JESSIE MAE DAVIS,                 *

    Plaintiff,                     * Civil Action No. 05-176

v.                                      *

AMERICAN INTERNATIONAL GROUP, INC;   *
et al.                                 *

    Defendants.                 *

## SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

    NOTICE TO:     YOSEMITE INSURANCE COMPANY
                             c/o Superintendent of Insurance
                             717 Market Street
                             San Francisco, CA 94103

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

        C. Lance Gould
        BEASLEY, ALLEN, CROW, METHVIN,
        PORTIS & MILES, P.C.
        Post Office Box 4160
        Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

                                                                           _Eddie Mallad_
                                                                           CIRCUIT CLERK

Dated: 9/8/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| JESSIE MAE DAVIS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL CASE NO. 05-176 |
| | * |
| AMERICAN INTERNATIONAL GROUP, | * |
| INC., et al., | * |

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:  ALICIA ROBINSON
            American General Financial
            Services of Alabama, Inc.
            4447 Atlanta Highway
            Montgomery, AL 36121

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

_Eddie D. Mallad_
CIRCUIT CLERK

Dated: 9/8/05

IN THE CIRCUIT COURT OF MACON COUNTY, ALABAMA

| | |
|---|---|
| JESSIE MAE DAVIS, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL CASE NO. 05-176 |
| | * |
| AMERICAN INTERNATIONAL GROUP, | * |
| INC., et al., | * |

### SUMMONS

This service by personal service of this summons is initiated upon the written request of Plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:  PATRICIA PORTER
American General Financial
Services of Alabama, Inc.
4447 Atlanta Highway
Montgomery, AL 36121

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to,

C. Lance Gould
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL 36103-4160

the attorney for the Plaintiff. THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Eddie D. Mallard*
CIRCUIT CLERK

Dated: 9/8/05