IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JESSIE MAE DAVIS,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>AMERICAN INTERNATIONAL        )<br>GROUP, INC., et al.,          )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>   3:05cv995-T |

## ORDER

It is ORDERED that plaintiff Jessie Mae Davis's motion to remand (Doc. No. 8) and defendants American International Group, Inc., and American General Corporation's motion to dismiss (Doc. No. 7) are set for submission, without oral argument, on December 5, 2005, with all briefs due by said date.

DONE, this the 17th day of November, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE