IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JESSIE MAE DAVIS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN INTERNATIONAL )<br>GROUP, INC., et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>3:05cv995-T |

ORDER

It is ORDERED that plaintiff's motion to stay (Doc. No. 10) is denied.

DONE, this the 18th day of November, 2005.

           /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE