IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JESSIE MAE DAVIS,          ) | |
|                          ) | |
|    Plaintiff,       ) | |
|                          ) | CIVIL ACTION NO. |
|    v.               ) | 3:05cv995-T |
|                          ) | |
| AMERICAN INTERNATIONAL      ) | |
| GROUP, INC., et al.,        ) | |
|                          ) | |
|    Defendants.      ) | |

ORDER

It is ORDERED that defendants' motion for an extension of time to conduct remand-related discovery (Doc. No. 13) is set for submission, without oral argument, on December 5, 2005, with all briefs due by said date.  The court will consider this motion and related briefs along the substantive briefs on the remand motion and will then determine whether discovery is necessary.  If the court determines that discovery is needed, the court will allow it.

DONE, this the 23rd day of November, 2005.

                                            /s/ Myron H. Thompson  
                                   UNITED STATES DISTRICT JUDGE