

EXHIBIT
A(1)

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE 07/31/02 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36121-0115

COPY

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

P A I D
By RENEWAL
NOV 18 2002
American General Fin Services
MONTGOMERY, AL

CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST. I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE INSURANCE<br>I want single credit life insurance.<br><br>Date 07/31/02  *Jessie Davis*<br>Borrower  JESSIE DAVIS     2-26-53 Date of Birth<br><br>Date _____ Co-Borrower   Coverage not applicable.   Date of Birth | $  14.75 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date _____ Borrower   Insurance not available.<br><br>Date _____ Co-Borrower   Insurance not available. | $ NONE |

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE (Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| Date _____ Borrower   Insurance not elected.<br><br>Date _____ Co-Borrower   Coverage not applicable. | | $ NONE |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**

UNAI61 (4-14-02) Insurance Disclosures     Page 1     Initials J.M.O. _____

MGAT.4975.0190

LOAN AGREEMENT AND DISCLOSURE STATEMENT

**AMERICAN GENERAL**
FINANCE

| DATE 07/31/02 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | | LENDER'S TELEPHONE NUMBER 334-277-1311 |

LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36121-0115

BORROWER(S) NAME AND ADDRESS ("I","We")

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 29.80 % | $ 276.42 | $ 1077.06 | $ 1353.48 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 78.48 | 09/05/02 |
| 17 | $ 75.00 | monthly beginning 10/05/02 |

LATE CHARGE: [X] If any payment is not paid in full within 10 days after its due date, I will be charged 5.00 % of the unpaid amount of the payment, but not more than $ 99.99 or less than $ 10.00 .

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may   [X] I will not   have to pay a penalty or minimum charge.

[X] I may   [ ] I will not   get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at: .

| [ ] Motor Vehicles | Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|---|
| | | | | |
| | | | | |

| [ ] Other Assets | Other Assets Description |
|---|---|
| | |

[X] Household Items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

## THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_Jessie Mae Davis_
Borrower

_____
Co-Borrower

**SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES**

**AMERICAN**
**GENERAL**
FINANCE

### INSURANCE DISCLOSURE SUMMARY

| Borrower Name and Address: | |
|---|---|
| JESSIE DAVIS<br>1410 GAUTIER STREET<br>TUSKEGEE, AL 36083 | Branch Number: 1716 |
| | Loan Number: 29429950 |
| | Date:     07/31/02 |

**I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.**

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JESSIE DAVIS | $        14.75 |
| Credit Disability | | $ NONE |
| Credit Involuntary Unemployment | | $ NONE |
| Credit Personal Property | | $ NONE |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| **OTHER PRODUCTS** | **MEMBER(S)** | **PLAN FEE** |
| | | $ |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

**NON CREDIT INSURANCE:** I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_(Signature)_

_(License Number)_

BORROWER: _(Signature)_

CO-BORROWER: _(Signature)_

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159

UNQ171 (7-14-02)     Telephone: 1-800-325-2147 Ext 5282     Telefax: (812) 461-2852        MGAT.4975.0202

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE 11/18/02 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36121-0115

PAID
BY RENEWAL

APR 0 9 2003

American General Fin Services
MONTGOMERY, AL

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

COPY

CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST. I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| **CREDIT LIFE INSURANCE** <br> I want single credit life insurance. <br><br> Date 11/18/02 _Jessie Davis_ <br> Borrower    JESSIE DAVIS <br> Date _____ Coverage not applicable. <br> Co-Borrower <br> _2-26-53_ Date of Birth <br> _____ Date of Birth | $ 25.00 |
| **CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE** <br><br> Date _____ Insurance not available. <br> Borrower <br> Date _____ Insurance not available. <br> Co-Borrower <br> _____ Date of Birth <br> _____ Date of Birth | $ NONE |

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE <br> (Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| I want credit personal property insurance with a coverage amount of $ 1300.00. <br><br> Date 11/18/02 _Jessie Davis_ <br> Borrower    JESSIE DAVIS <br> Date _____ Coverage not applicable. <br> Co-Borrower | 24 | $ 50.70 |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**

UNAI71 (9-1-02) Insurance Disclosures        Page 1        Initials _Jmp_ _____

MGAT.4975.0155

**LOAN AGREEMENT AND DISCLOSURE STATEMENT**

**AMERICAN**
**GENERAL**
**FINANCIAL SERVICES**

| DATE  11/18/02 | ACCOUNT NUMBER 0294Z2956 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")    LENDING TELEPHONE NUMBER 334-277-1311

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36121-0115

RENEWAL

APR 0 9 2003

American General Fin Services
MONTGOMERY, AL

BORROWER(S) NAME AND ADDRESS ("I","We")

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 27.60 % | $    450.80 | $    1395.70 | $    1846.50 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 88.15 | 01/01/03 |
| 23 | $ 76.45 | monthly beginning 02/01/03 |

LATE CHARGE: [X] If any payment is not paid in full within 10 days after its due date, I will be charged 5.00 % of the unpaid amount of the payment, but not more than $ 99.99 or less than $ 10.00.

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may   [X] I will not   have to pay a penalty or minimum charge.

[X] I may   [ ] I will not   get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at:

[ ] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
| | | | |

[ ] Other Assets

| Other Assets Description |
|---|
| |

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_Jessie Davis_
Borrower

_____
Co-Borrower

**SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES**

MGAT.4975.0157

**AMERICAN**
**GENERAL**
FINANCIAL SERVICES

INSURANCE DISCLOSURE SUMMARY

| Borrower Name and Address: | |
|---|---|
| JESSI̲ DAVIS<br>1410 GAUTIER STREET<br>TUSKEGEE, AL 36083 | Branch Number: 1716 |
| | Loan Number: 29429950 |
| | Date:    11/18/02 |

I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JESSIE DAVIS | $        25.00 |
| Credit Disability | | $ NONE |
| Credit Involuntary Unemployment | | $ NONE |
| Credit Personal Property | JESSIE DAVIS | $        50.70 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| OTHER PRODUCTS | MEMBER(S) | PLAN FEE |
|---|---|---|
| | | $ |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

NON CREDIT INSURANCE: I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_(Signature)_                                    BORROWER: _Jessie Davis_
                                                                         _(Signature)_

_(License Number)_                          CO-BORROWER: _____
                                                                                _(Signature)_

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159

UNQ161 (10-18-02)          Telephone: 1-800-325-2147 Ext 5232     Telefax: (812) 461-2852          MGAT.4975.0189

**LOAN AGREEMENT AND DISCLOSURE STATEMENT**

**AMERICAN GENERAL**
FINANCIAL SERVICES

| DATE  03/05/04 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) BOO |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")** | **LENDER'S TELEPHONE NUMBER** 334-277-1311

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36109-3115

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

P A I D
RENEWAL

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

**TRUTH IN LENDING DISCLOSURES**

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 26.64 % | $ 393.29 | $ 1290.64 | $ 1683.93 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 73.93 | 04/10/04 |
| 23 | $ 70.00 | monthly beginning 05/10/04 |

LATE CHARGE: [X] If any payment is not paid in full within 10 days after its due date, I will be charged 5.00 % of the unpaid amount of the payment, but not more than $ 99.99 or less than $ 10.00.

[ ] If any payment is not paid in full within ____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may  [X] I will not  have to pay a penalty or minimum charge.

[X] I may  [ ] I will not  get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at:

| | Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|---|
| [ ] Motor Vehicles | | | | |

| [ ] Other Assets | Other Assets Description |
|---|---|
| | |

[X] Household Items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

[ ] My loan contains a variable-rate feature. Disclosures about the variable-rate feature have been provided to me earlier.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

_Jessie Mae Davis_
Borrower

_____
Co-Borrower

**SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES**

UNAA81 (04-13-03) Agreement (1-2)          Page 1



MGAT.4975.0048

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE  03/05/04 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) EOO |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36109-3115

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST. I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE INSURANCE<br>I want single credit life insurance.<br><br>Date 03/05/04  _Jessie Mae Davis_    2-26-53<br>Borrower  JESSIE DAVIS    Date of Birth<br><br>Date _____  Coverage not applicable.    Date of Birth | $   22.97 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date _____  Insurance not available.<br>Borrower<br><br>Date _____  Insurance not available.    Date of Birth<br>Co-Borrower | $ NONE |

*PAID BY American General Finance MONTGOMERY*

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| I want credit personal property insurance with a coverage amount of $ 1200.00.<br><br>Date 03/05/04  _Jessie Mae Davis_<br>Borrower  JESSIE DAVIS<br><br>Date _____  Coverage not applicable.<br>Co-Borrower | 24 | $   46.80 |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

**SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES**