EXHIBIT
A(1)

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE 07/31/02 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|

**LENDER/SECURED PARTY NAME AND ADDRESS ("Lender")**

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36121-0115

COPY

PAID BY RENEWAL
NOV 18 2002
American General Fin Services
MONTGOMERY, AL

**BORROWER(S) NAME AND ADDRESS ("I","We")**

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST. I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE INSURANCE<br>I want single credit life insurance.<br><br>Date 07/31/02  _Jessie Davis_   2-26-53<br>         Borrower  JESSIE DAVIS    Date of Birth<br><br>Date _____  Coverage not applicable.  _____<br>         Co-Borrower              Date of Birth | $ 14.75 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date _____  Insurance not available.<br>         Borrower<br><br>Date _____  Insurance not available.<br>         Co-Borrower | $ NONE |

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term In Months | Premium |
|---|---|---|
| <br>Date _____  Insurance not elected.<br>         Borrower<br><br>Date _____  Coverage not applicable.<br>         Co-Borrower | | $ NONE |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES

UNAI61 (4-14-02) Insurance Disclosures          Page 1          Initials J.M.D.

MGAT.4975.0190

LOAN AGREEMENT AND DISCLOSURE STATEMENT

**AMERICAN GENERAL FINANCE**

| DATE 07/31/02 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | LENDER'S TELEPHONE NUMBER 334-277-1311 | |
| AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.<br>4447 ATLANTA HWY<br>MONTGOMERY, AL 36121-0115 | | |

BORROWER(S) NAME AND ADDRESS ("I","We")

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 29.80 % | $ 276.42 | $ 1077.06 | $ 1353.48 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 78.48 | 09/05/02 |
| 17 | $ 75.00 | monthly beginning 10/05/02 |

LATE CHARGE: [X] If any payment is not paid in full within __10__ days after its due date, I will be charged __5.00__ % of the __unpaid__ amount of the payment, but not more than $ __99.99__ or less than $ __10.00__.

[ ] If any payment is not paid in full within ____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may   [X] I will not   have to pay a penalty or minimum charge.
[X] I may   [ ] I will not   get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at: _____

| | Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|---|
| [ ] Motor Vehicles | | | | |

| | Other Assets Description |
|---|---|
| [ ] Other Assets | |

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties if any.

**THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.**

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

*Jessie Mae Davis*
Borrower

_____
Co-Borrower

SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES

UNAA61 (1-14-02) Agreement (1-2)     Page 1     MGAT.4975.0192

## INSURANCE DISCLOSURE SUMMARY

**AMERICAN GENERAL FINANCE**

| Borrower Name and Address: | |
|---|---|
| JESSIE DAVIS<br>1410 GAUTIER STREET<br>TUSKEGEE, AL 36083 | Branch Number: 1716 |
| | Loan Number: 29429950 |
| | Date: 07/31/02 |

I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JESSIE DAVIS | $ 14.75 |
| Credit Disability | | $ NONE |
| Credit Involuntary Unemployment | | $ NONE |
| Credit Personal Property | | $ NONE |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| **OTHER PRODUCTS** | **MEMBER(S)** | **PLAN FEE** |
| | | $ |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

NON CREDIT INSURANCE: I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON:

_____  BORROWER: Jessie Mae Davis
(Signature)                              (Signature)

_____1430_____  CO-BORROWER: _____
(License Number)                        (Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159

UNQ171 (7-14-02)    Telephone: 1-800-325-2147 Ext 5232    Telefax: (812) 461-2852    MGAT.4975.0202

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE 11/18/02 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | | |
| AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.<br>4447 ATLANTA HWY<br>MONTGOMERY, AL 36121-0115 | | |

**PAID BY RENEWAL**
APR 0 9 2003
American General Fin Services
MONTGOMERY, AL

**COPY**

| BORROWER(S) NAME AND ADDRESS ("I","We") |
|---|
| JESSIE DAVIS<br>1410 GAUTIER STREET<br>TUSKEGEE, AL 36083 |

CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST. I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE INSURANCE<br>I want single credit life insurance.<br><br>Date 11/18/02  _Jessie Davis_  2-26-53<br>Borrower  JESSIE DAVIS  Date of Birth<br><br>Date ___  Coverage not applicable.  ___<br>Co-Borrower  Date of Birth | $ 25.00 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date ___  Insurance not available.  ___<br>Borrower  Date of Birth<br><br>Date ___  Insurance not available.  ___<br>Co-Borrower  Date of Birth | $ NONE |

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any insurer I choose.) | Term in Months | Premium |
|---|---|---|
| I want credit personal property insurance with a coverage amount of $ 1300.00.<br><br>Date 11/18/02  _Jessie Davis_<br>Borrower  JESSIE DAVIS<br><br>Date ___  Coverage not applicable.<br>Co-Borrower | 24 | $ 50.70 |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES

UNAI71 (9-1-02) Insurance Disclosures     Page 1     Initials JMD

MGAT.4975.0155

LOAN AGREEMENT AND DISCLOSURE STATEMENT

**AMERICAN GENERAL** FINANCIAL SERVICES

| DATE 11/18/02 | ACCOUNT NUMBER 0942950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | | LENDER'S TELEPHONE NUMBER 334-277-1311 |

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36121-0115

APR 0 9 2003
American General Fin Services
MONTGOMERY, AL

BORROWER(S) NAME AND ADDRESS ("I","We")

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of my credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost me. | AMOUNT FINANCED The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS The amount I will have paid after I have made all payments as scheduled. |
|---|---|---|---|
| 27.60 % | $ 450.80 | $ 1395.70 | $ 1846.50 |

My Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 88.15 | 01/01/03 |
| 23 | $ 76.45 | monthly beginning 02/01/03 |

LATE CHARGE: [X] If any payment is not paid in full within __10__ days after its due date, I will be charged __5.00__ % of the __unpaid__ amount of the payment, but not more than $ __99.99__ or less than $ __10.00__.

[ ] If any payment is not paid in full within ____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may   [X] I will not   have to pay a penalty or minimum charge.
[X] I may   [ ] I will not   get a refund or credit of part of the finance charge.

SECURITY: I am giving Lender a security interest in:

[ ] Real estate located at:

[ ] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
| | | | |

[ ] Other Assets — Other Assets Description

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

## THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

*Jessie Davis*
Borrower

_____
Co-Borrower

SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES

UNAA71 (10-13-02) Agreement (1-2)        Page 1

MGAT 4975.0157

**AMERICAN GENERAL FINANCIAL SERVICES**

**INSURANCE DISCLOSURE SUMMARY**

| Borrower Name and Address: | |
|---|---|
| JESSIE DAVIS<br>1410 GAUTIER STREET<br>TUSKEGEE, AL 36083 | Branch Number: 1716<br>Loan Number: 29429950<br>Date: 11/18/02 |

I WANT TO PURCHASE THE INSURANCE/OTHER PRODUCTS NOTED BELOW AND HAVE THE PREMIUM/FEE FINANCED AS PART OF MY LOAN. I FULLY UNDERSTAND THAT I DO NOT HAVE TO PURCHASE ANY OF THE FOLLOWING INSURANCE/OTHER PRODUCTS TO OBTAIN MY LOAN.

| INSURANCE PRODUCT | INSURED(S) | PREMIUM |
|---|---|---|
| Credit Life | JESSIE DAVIS | $ 25.00 |
| Credit Disability | | $ NONE |
| Credit Involuntary Unemployment | | $ NONE |
| Credit Personal Property | JESSIE DAVIS | $ 50.70 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

| OTHER PRODUCTS | MEMBER(S) | PLAN FEE |
|---|---|---|
| | | $ |
| | | $ |

I understand that I will have thirty (30) days from the time I receive my certificate/policy to cancel my coverage and receive a full premium refund. I understand that I may also cancel my coverage after this 30-day period and receive a refund of unearned premium. I may cancel my coverage by submitting a signed and dated written request to cancel, along with the insurance certificate/policy (if available) to the office servicing my loan or to the insurance company. I also understand I may cancel any other product(s) by returning all forms and materials to that company and receive a refund of any unearned fee.

NON CREDIT INSURANCE: I understand that any claims for benefits will be paid to me or my beneficiary and will not be paid to the lender.

Please read your policy/certificate for applicable benefits, restrictions and limitations.

INSURANCE SALESPERSON: _____ (Signature)
_____ (License Number)

BORROWER: Jessie Davis (Signature)

CO-BORROWER: _____ (Signature)

Insurance Salesperson must sign in the presence of the Borrower and must personally explain the insurance coverage to the Borrower.

American General
Insurance Compliance Services
601 NW 2nd Street, P.O. Box 159
Evansville, IN 47701-0159

UNQ181 (10-13-02)    Telephone: 1-800-325-2147 Ext 5232    Telefax: (812) 461-2852    MGAT.4975.0189

LOAN AGREEMENT AND DISCLOSURE STATEMENT

**AMERICAN GENERAL FINANCIAL SERVICES**

| DATE 03/05/04 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | LENDER'S TELEPHONE NUMBER 334-277-1311 | |

AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.
4447 ATLANTA HWY
MONTGOMERY, AL 36109-3115

BORROWER(S) NAME AND ADDRESS ("I","We")

JESSIE DAVIS
1410 GAUTIER STREET
TUSKEGEE, AL 36083

PAID BY RENEWAL

I will read this entire Loan Agreement and Disclosure Statement ("Agreement") and all related documents carefully. If I have any questions, I will ask them before I sign any of these documents. By signing, I am indicating my agreement to the statements, promises, terms, and conditions contained in the documents I sign.

### TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of my credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost me. | AMOUNT FINANCED<br>The amount of credit provided to me or on my behalf. | TOTAL OF PAYMENTS<br>The amount I will have paid after I have made all payments as scheduled |
|---|---|---|---|
| 26.64 % | $ 393.29 | $ 1290.64 | $ 1683.93 |

My Payment Schedule will be.

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $ 73.93 | 04/10/04 |
| 23 | $ 70.00 | monthly beginning 05/10/04 |

LATE CHARGE: [X] If any payment is not paid in full within __10__ days after its due date, I will be charged __5.00__ % of the __unpaid__ amount of the payment, but not more than $ __99.99__ or less than $ __10.00__.

[ ] If any payment is not paid in full within _____ days after its due date, I will be charged $ _____ if the entire scheduled payment exceeds $ _____ or $ _____ if the entire scheduled payment is $ _____ or less.

PREPAYMENT: If I pay off early:

[ ] I may  [X] I will not  have to pay a penalty or minimum charge
[X] I may  [ ] I will not  get a refund or credit of part of the Finance charge.

SECURITY. I am giving Lender a security interest in:

[ ] Real estate located at:

[ ] Motor Vehicles

| Year | Make | Model | Vehicle Identification No. |
|---|---|---|---|
| | | | |

[ ] Other Assets

Other Assets Description

[X] Household items described on the Personal Property Appraisal Form, which I have signed and which has been delivered to me with this Agreement.

ASSUMPTION: Someone buying my home, if it secures this loan, may not assume the remainder of this loan on the original terms unless approved by Lender

[ ] My loan contains a variable-rate feature. Disclosures about the variable-rate feature have been provided to me earlier.

See the remainder of this Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties, if any.

THIS AGREEMENT IS SUBJECT TO THE FEDERAL ARBITRATION ACT.

By signing below, I acknowledge receipt of a copy of this Federal Disclosure Statement.

*Jessie Mae Davis*
Borrower

_____
Co-Borrower

SEE REVERSE SIDE FOR ADDITIONAL DISCLOSURES

UNAA61 (04-13-03) Agreement (1-2)    Page 1

MGAT.4975.0048

## TRUTH IN LENDING INSURANCE DISCLOSURES

| DATE 03/05/04 | ACCOUNT NUMBER 29429950 | TYPE OF LOAN (Alpha) E00 |
|---|---|---|
| LENDER/SECURED PARTY NAME AND ADDRESS ("Lender") | | |
| AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC.<br>4447 ATLANTA HWY<br>MONTGOMERY, AL 36109-3115 | | |
| BORROWER(S) NAME AND ADDRESS ("I","We") | | |
| JESSIE DAVIS<br>1410 GAUTIER STREET<br>TUSKEGEE, AL 36083 | | |

CREDIT LIFE, DISABILITY, OR INVOLUNTARY UNEMPLOYMENT INSURANCE IS NOT REQUIRED TO OBTAIN CREDIT AND WILL NOT BE PROVIDED UNLESS I SIGN AND AGREE TO PAY THE ADDITIONAL COST. I cannot be denied credit simply because I choose not to buy credit insurance.

| Type of Voluntary Credit Insurance | Premium |
|---|---|
| CREDIT LIFE INSURANCE<br>I want single credit life insurance.<br><br>Date 03/05/04  _Jessie Mae Davis_   2-26-53<br>         Borrower  JESSIE DAVIS      Date of Birth<br><br>Date _____  Coverage not applicable.<br>         Co-Borrower                Date of Birth | $ 22.97 |
| CREDIT INVOLUNTARY UNEMPLOYMENT INSURANCE<br><br>Date _____  Insurance not available.<br>         Borrower                    Date of Birth<br><br>Date _____  Insurance not available.<br>         Co-Borrower                 Date of Birth | $ NONE |

* If I/we have selected credit disability insurance, I/we certify by signing above that the proposed insured is actively at work at least 30 hours per week.

| VOLUNTARY CREDIT PERSONAL PROPERTY INSURANCE<br>(Not required to obtain credit. May be obtained from any Insurer I choose.) | Term in Months | Premium |
|---|---|---|
| I want credit personal property insurance with a coverage amount of $ 1200.00.<br><br>Date 03/05/04  _Jessie Mae Davis_<br>         Borrower  JESSIE DAVIS<br><br>Date _____  Coverage not applicable.<br>         Co-Borrower | 24 | $ 46.80 |

**CANCELLATION OF VOLUNTARY INSURANCE.** I may cancel any of the voluntary credit or voluntary credit personal property insurance coverages elected above within 30 days from the Date of the Loan Agreement (as provided for in the Insurance Policy(ies)) and receive a full refund of premium(s); however, any accrued interest, additional fees, prepaid finance charges, etc., I have paid because these insurance premium(s) were included in the amount I borrowed (Amount Financed) may not be refunded. I may also cancel any voluntary credit or voluntary credit personal property insurance after 30 days have expired, but I will receive a refund of only the unearned premium. To cancel my voluntary credit or voluntary credit personal property insurance, I must submit a signed and dated written request to cancel, along with the insurance certificate/policy received with the loan (if available), to the Lender's address herein, unless otherwise notified. Both I, the Borrower, and my Co-Borrower, if any, must sign the cancellation request. The refunded premiums may be paid to Lender to reduce the amount I owe on the loan.

**REQUIRED PROPERTY INSURANCE:** I may obtain required property insurance from anyone I want that is acceptable to Lender, or I may provide existing coverage through any insurance company or agent of my choice that is acceptable to Lender. Items that must be insured include any automobiles, all terrain vehicles, snowmobiles, watercraft, other titled vehicles, large equipment, and dwellings and other structures attached to real property ("Property").

SEE REVERSE SIDE FOR ADDITIONAL INSURANCE DISCLOSURES

UNAI91 (08-31-03) Insurance Disclosures        Page 1                          Initials _JMD_

MGAT.4975.0056