IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **JESSIE MAE DAVIS,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 3:05-cv-00995-MHT-CSC |
| **AMERICAN INTERNATIONAL GROUP, INC.;** et al., | ) ) ) |
| **Defendants.** | ) ) ) |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** Plaintiff Jessie Mae Davis and Defendants American International Group, Inc., American General Corporation, American General Financial Services of Alabama, Inc., Merit Life Insurance Company, and Yosemite Insurance Company, by and through their undersigned counsel, appearing specially so as to preserve any and all defenses available under Rule 12 of the Alabama Rules of Civil Procedure, and specifically preserving the right to seek arbitration pursuant to 9 U.S.C. § 1 *et seq.,* and hereby stipulate that the present action should be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, subject to the following terms and conditions:

(1) that all of Plaintiff's claims against all Defendants herein are dismissed without prejudice;

(2) that to the maximum extent allowed by applicable law, should Plaintiff subsequently file a new action(s) concerning the exact transactions and occurrences at issue in this Action, and do so no later than 10 calendar days from the date of entry of this Order, for purposes of the applicable statute(s) of limitations only, any such action(s) shall be deemed to have been filed on the same day the instant Action was filed; and

(3) that this Action in its entirety is hereby dismissed without prejudice.

1448216

Respectfully submitted,


 /s/ C. Lance Gould
C. Lance Gould (GOU007)

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, AL  36103

ATTORNEY FOR PLAINTIFF


 /s/ David A. Elliott
Robert H. Rutherford (RUT002)
David A. Elliott (ELL027)
Matthew T. Mitchell (MIT050)

BURR & FORMAN LLP
3100 Wachovia Tower
420 North 20th Street
Birmingham, Alabama  35203-5206
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

ATTORNEYS FOR DEFENDANTS AMERICAN GENERAL FINANCIAL SERVICES OF ALABAMA, INC., MERIT LIFE INSURANCE CO., and YOSEMITE INSURANCE COMPANY,


 /s/ Thomas Julian Butler
Thomas Julian Butler (BUT0028)

MAYNARD, COOPER & GALE, P.C
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203

ATTORNEY FOR DEFENDANTS AMERICAN INTERNATIONAL GROUP, INC.; and AMERICAN GENERAL CORPORATION