IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| JESSIE MAE DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:05cv995-T |
| | ) | (WO) |
| AMERICAN INTERNATIONAL | ) | |
| GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the joint stipulation for dismissal (doc. no. 26), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed without prejudice.

It is further ORDERED that all outstanding motions are denied without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 10th day of April, 2006.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE